SOPHIE D. COHEN et al., as Executors of WILLIAM W. COHEN, Deceased, Respondents, v. CARITA NODA, Individually and as Guardian ad Litem for GLORIA NODA, an Infant, Appellant, JAPAN COTTON & SILK TRADING CO., INC., Defendant-Respondent, et al., Defendants.— In an action under the Debtor and Creditor Law, order granting conditionally appellant's motion to stay further proceedings in the action modified by striking from the first ordering paragraph everything following the word "stayed", and by substituting in place thereof the words "until six months after the restoration of peace between the United States of America and the Empire of Japan, without prejudice to further application by any party upon change of existing conditions." As thus modified, the order insofar as appealed from, is affirmed, without costs. No opinion. Order denying appellant's motion for resettlement of the original order affirmed, without costs. Appeal from the order denying appellant's motion for reargument dismissed, without costs. Close, P. J., Hagarty, Adel, Lewis and Aldrich, JJ., concur.

MINNIE DRENNAN et al., Appellants, v. BEE LINE, INC., Respondent.— Action by plaintiff wife to recover damages for personal injuries alleged to have been sustained by her when she slipped and fell on a metal step while alighting from defendant's bus, and by her husband to recover for the loss of his wife's services and for medical expenses incurred on her behalf. Judgment for defendant unanimously affirmed, with costs. No opinion. Present — Johnston, Adel, Lewis and Aldrich, JJ.; Carswell, Acting P. J., not voting.

HYMAN HECKER, as Receiver of the Property of MICHAEL J. CARUSO, Appellant, v. ANGELO MAFFUCCI, Respondent, et al., Defendants.— Order denying plaintiff's motion to dismiss the counterclaim contained in the answer of defendant Angelo Maffucci affirmed, with ten dollars costs and disbursements, with leave to plaintiff to reply to the counterclaim within ten days from the entry of the order hereon. No opinion. Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.